Alfreda **JOHNSON**, Plaintiff–Appellant

v.

**SCURRY COUNTY TEXAS,**
Defendant–Appellee.

No. 09–10545
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2009.

Alfreda Johnson, Fort Worth, TX, for Plaintiff–Appellant.

Grant David Blaies, Fort Worth, TX, for Defendant–Appellee.

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by that

court. The complaint of the plaintiff states only general conclusions and contains no specific action of the County or plausible grounds for which it could be liable.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under